NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5074

SAN JUAN CITY COLLEGE, INC., and AMERICO REYES MORALES,
(on his own behalf and as President of San Juan City College, Inc.),

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Yolanda R. Gallegos, Gallegos Legal Group, of Albuquerque, New Mexico, argued for plaintiffs-appellants.

Hillary A. Stern, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Peter D. Keisler, Acting Attorney General, and Jeanne E. Davidson, Director.

Appealed from: United States Court of Federal Claims

Judge Marian Blank Horn

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2007-5074

SAN JUAN CITY COLLEGE, INC., and AMERICO REYES MORALES,
(on his own behalf and as President of San Juan City College, Inc.),

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the       UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S).       01-CV-73

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, GAJARSA, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.


ENTERED BY ORDER OF THE COURT


DATED: November 14, 2007        /s/ Jan Horbaly
                                Jan Horbaly, Clerk